Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BIMLA W. BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | Civil No. 6:12-cv-01511-HA<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $13,137.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $5,297.21, is $7,839.79, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     1

amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this 30th day of September, 2015

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    2